349

**No. 60201.**—W. A. Ballinger & Co. et al. *v.* United States, protests 975814–G, etc. (San Francisco).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

BEFORE THE THIRD DIVISION, AUGUST 30, 1956

**No. 60202.**—Theodore B. Smith Co., Inc. *v.* United States, protest 246785–K (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 53865, the claim of the plaintiff was sustained.

**No. 60203.**—Morganite Brush, Inc. *v.* United States, protests 169826–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

**No. 60204.**—New York Surplus & Jobbing Corp. *v.* United States, protest 260689–K (New York).

Opinion by JOHNSON, J.  It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that bale No. 13 in entry 47370 and 2 bales within the bales marked 1001/1119 in entry 25407, reported by the inspector as manifested, not found, were not in fact received by the importer.  In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the bales of merchandise reported by the inspector as manifested, not found.  The protest was sustained to this extent.